IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CORNELIUS JAMES,

    Plaintiff,                   No. CIV S-10-1171 LKK DAD P

    vs.

DEEPAK MEHTA, et al.,

    Defendants.             <u>ORDER</u>

_____/

        On June 2, 2010, plaintiff filed a request for reconsideration of the magistrate judge's order filed May 19, 2010. Therein, the magistrate judge dismissed plaintiff's complaint and granted plaintiff leave to file an amended complaint. By order filed June 17, 2010, the magistrate judge vacated the May 19, 2010 order. Accordingly, IT IS HEREBY ORDERED that plaintiff's June 2, 2010 request for reconsideration (Doc. No. 9) is denied as moot.

DATED: June 22, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1