IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CORNELIUS JAMES,

    Plaintiff,                    No. CIV S-10-1171 LKK DAD P

    vs.

DEPAK MEHTA, et al.,

    Defendants.               ORDER

_____/

        On March 17, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 3, 2011, denying him appointment of counsel. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 3, 2011, is affirmed.

DATED: March 28, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1