IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CORNELIUS JAMES,

    Plaintiff,       No. CIV S-10-1171 LKK DAD P

  vs.

DEPAK MEHTA, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Plaintiff is a state prisoner proceeding pro se with a civil rights action. Upon review of the documents on file in this action and good cause appearing therefor, the court finds that exceptional circumstances exist in this case, and that the appointment of counsel for plaintiff is warranted.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Carter C. White is appointed as attorney for plaintiff; and

/////

/////

/////

/////

/////

1

1    2.  The Clerk of the Court is directed to serve a copy of this order upon Carter C.
2 White, U.C. Davis School of Law, One Shields Avenue, Bldg. TB 30, Davis, CA 95616,
3 ccwhite@ucdavis.edu.
4 DATED: April 21, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jame1171.31b