IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CORNELIUS JAMES,

      Plaintiff,                  No. 2:10-cv-1171 LKK DAD P

    vs.

DEEPAK MEHTA, et al.,

      Defendants.          <u>ORDER</u>

_____/

        The parties have submitted to the court a discovery plan. <u>See</u> Fed. R. Civ. P. 26(f). Good cause appearing, the court will set a schedule for this litigation. <u>See</u> Fed. R. Civ. P. 16(b).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The parties shall complete all discovery, and notice for hearing any motions pertaining to discovery, on or before August 31, 2012.

        2. The parties shall file any dispositive, non-discovery motions on or before October 31, 2012.

/////

/////

/////

1

3. The court will set pretrial conference and trial dates, as appropriate, following adjudication of any dispositive motion or the expiration of time for filing such a motion.

DATED: July 30, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jame1171.41aty