1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES CORNELIUS JAMES,

11               Plaintiff,                    No. 2:10-cv-1171 LKK DAD P

12         vs.

13   DEEPAK MEHTA, et al.,

14               Defendants.              ORDER

15   _____/

16               The parties have submitted to the court a discovery plan.  See Fed. R. Civ. P.

17   26(f).  Good cause appearing, the court will set a schedule for this litigation.  See Fed. R. Civ. P.

18   16(b).

19               Accordingly, IT IS HEREBY ORDERED that:

20               1.  The parties shall complete all discovery, and notice for hearing any motions

21   pertaining to discovery, on or before August 31, 2012.

22               2.  The parties shall file any dispositive, non-discovery motions on or before

23   October 31, 2012.

24   /////

25   /////

26   /////

                                          1

1          3.  The court will set pretrial conference and trial dates, as appropriate, following

2   adjudication of any dispositive motion or the expiration of time for filing such a motion.

3   DATED: July 30, 2012.

4

5   _____

6   DAD:9                    DALE A. DROZD
    jame1171.41aty           UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26