UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES C. JAMES,

          Plaintiff,

vs.

DEEPAK MEHTA, et al.,

          Defendants.

No. 2:10-cv-01171-LKK-DAD-P

**ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER**

The parties have submitted a joint motion to modify the scheduling order. Good cause appearing, it is hereby ordered that

1. The parties' joint motion to modify the scheduling order is granted.
2. The court's August 8, 2012 scheduling order (ECF No. 76) is vacated.
3. The parties shall disclose any expert witnesses on or before March 29, 2013.
4. The parties shall complete all non-expert discovery on or before April 30, 2013, and complete all expert discovery on or before May 30, 2013.
5. The parties shall file any dispositive, non-discovery motions on or before July 31, 2013. Any motion so filed shall be briefed pursuant to Local Rule 230.

6. The court will set pretrial conference and trial dates, as appropriate, following adjudication of any dispositive motion or the expiration of time for filing such a motion.

Dated: February 14, 2013

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/meht1171.revso