UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEEPAK MEHTA, ET AL.,<br><br>　　　　　Defendant. | Case No.  2:10-cv-01171-LKK-DAD<br><br>**ORDER GRANTING REAL PARTY IN INTEREST CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION'S EX PARTE APPLICATION FOR A 30-DAY STAY OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT RAJVIR UPPAL** |

　　　The Court hereby grants the Ex Parte Application of Real Party in Interest California Department of Corrections and Rehabilitation's motion for a 30-day stay of plaintiff's request for entry of default against defendant Rajvir Uppal.  The request for entry of default is hereby stayed 30-days, up to and including March 13, 2013.  IT IS SO ORDERED:

　　　Dated:  February 14, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/meht1171.sty

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4834-9615-3874 v1

- 1 -

2:10-CV-01171-LKK-DAD
ORDER RE MOTION TO STAY