1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   CHARLES CORNELIUS JAMES,           Case No.  2:10-cv-01171-LKK-DAD

12              Plaintiff,              **ORDER GRANTING REAL PARTY
                                        IN INTEREST CALIFORNIA
13   v.                                 DEPARTMENT OF
                                        CORRECTIONS AND
14   DEEPAK MEHTA, ET AL.,              REHABILITATION'S EX PARTE
                                        APPLICATION FOR A 30-DAY
15              Defendant.              STAY OF PLAINTIFF'S REQUEST
                                        FOR ENTRY OF DEFAULT
16                                      AGAINST DEFENDANT RAJVIR
                                        UPPAL**
17

18

19
          The Court hereby grants the Ex Parte Application of Real Party in Interest
20
     California Department of Corrections and Rehabilitation's motion for a 30-day stay
21
     of plaintiff's request for entry of default against defendant Rajvir Uppal.  The
22
     request for entry of default is hereby stayed 30-days, up to and including March 13,
23
     2013.  IT IS SO ORDERED:
24
          Dated:  February 14, 2013
25

26                                        _____
                                          DALE A. DROZD
27                                        UNITED STATES MAGISTRATE JUDGE

28   /meht1171.sty

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4834-9615-3874 v1                    - 1 -                    2:10-CV-01171-LKK-DAD
                                                                  ORDER RE MOTION TO STAY