IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CORNELIUS JAMES,

    Plaintiff,                    No. 2:10-cv-1171 LKK DAD P

    vs.

DEEPAK MEHTA, et al.,

    Defendants.                ORDER

_____/

        In light of defendant Uppal's recent appearance in this action the parties have filed a stipulation requesting that the court to extend the deadline for the exchange of expert witnesses under the scheduling order governing this action from March 29, 2013, to April 30, 2013.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The parties shall disclose any expert witnesses on or before April 30, 2013; and

        2. Except as otherwise stated in this order, the court's February 15, 2013, scheduling order remains in effect.

DATED: April 3, 2013.

*(signature)*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jame1171.41mod

1