IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES CORNELIUS JAMES,

      Plaintiff,                    No. 2:10-cv-1171 LKK DAD P

     vs.

DEEPAK MEHTA, et al.,

      Defendants.         <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding through counsel. The parties have filed a stipulation requesting that the court modify the scheduling order in this action.

      Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion to extend discovery (Doc. No. 104) is deemed withdrawn;

      2. The parties shall disclose any expert witnesses on or before June 30, 2013;

      3. The parties shall complete all expert and non-expert discovery and file all non-dispositive motions on or before August 30, 2013;

      4. The parties shall file any dispositive motions on or before October 30, 2013; and

/////

/////

1

5. Except as otherwise stated in this order, the court's February 15, 2013 scheduling order remains in effect.

DATED: April 29, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jame1171.41mod(2)