1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHARLES CORNELIUS JAMES,

11              Plaintiff,                    No. 2:10-cv-1171 LKK DAD P

12       vs.

13   DEEPAK MEHTA, et al.,

14              Defendants.                   ORDER

15   _____/

16           Plaintiff is a state prisoner proceeding through counsel.  The parties have filed a

17   stipulation requesting that the court modify the scheduling order in this action.

18           Good cause appearing, IT IS HEREBY ORDERED that:

19           1.  Plaintiff's motion to extend discovery (Doc. No. 104) is deemed withdrawn;

20           2.  The parties shall disclose any expert witnesses on or before June 30, 2013;

21           3.  The parties shall complete all expert and non-expert discovery and file all non-

22   dispositive motions on or before August 30, 2013;

23           4.  The parties shall file any dispositive motions on or before October 30, 2013;

24   and

25   /////

26   /////

                                              1

1      5.  Except as otherwise stated in this order, the court's February 15, 2013

2  scheduling order remains in effect.

3  DATED: April 29, 2013.

4

5

6  DAD:9
   jame1171.41mod(2)

7

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2