UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES C. JAMES,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DEEPAK MEHTA, et al.,<br><br>　　　　　　Defendants. | No. 2:10-cv-01171-LKK-DAD-P<br><br>**STIPULATION AND ORDER TO MODIFY FILING DEADLINES AND HEARING DATE FOR DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

　　　　Pursuant to Local Rule 143 and 144, the parties stipulate, and ask the Court to order, that the deadline for the Plaintiff's Oppositions to Defendants' Motions for Summary Judgment be extended to Friday, January 24, 2014, that deadlines for the Defendants' Replies to Plaintiff's Oppositions be extended to Friday, February 14, 2014, and that the hearing for the motions be rescheduled for Friday, February 28, 2014. Good cause exists for this modification of the schedule:

　　1. All defendants recently filed motions for summary judgment. (ECF Nos. 145 (Pai), 146 (G. Williams, MD), 147 (Dhillon), 148 (Capitano and Uppal), 152 (D. Williams), 153 (Bick), 154 (Aguilera and Andreasen), 155 (Mehta)). These eight motions consist of substantial briefing and exhibits for the ten defendants in this case.

2. The current deadlines are as follows: the Plaintiff's Oppositions to the Defendants' Motions for Summary Judgment are due by November 22, 2013; the Defendants' Replies to Plaintiff's Oppositions are due by November 29, 2013; the hearing for the motions is scheduled for December 6, 2013.
3. Plaintiff is represented by certified law students from the U.C. Davis Civil Rights Clinic. This extension will enable the law student's full participation in briefing the Plaintiff's opposition to Defendants' Motion for Summary Judgment. The students' fall semester ends on December 5, 2013 and their law school examination period ends on December 23, 2013. Their spring semester will commence on January 9, 2013. Thus, with the extension, the students would have approximately six weeks to prepare their opposition and the Defendants would have three weeks to prepare their replies.
4. There is currently no date set for trial in this case. Thus, any rescheduling of the responses and replies to Defendants' Motions for Summary Judgment will not disrupt any other deadlines or hearings in this case.
5. The parties have not previously sought an extension for Motions for Summary Judgment.

For these reasons, the parties ask the Court to extend the deadline for filing the responses and replies regarding Defendants' Motions for Summary Judgment and the hearing date for the motions.

IT IS SO STIPULATED.

Dated: November 7, 2013

Respectfully submitted,

***/S/ Carter C. White***

Carter C. White
Attorney for Plaintiff, Charles C. James

Dated: November 7, 2013

*/S/ Kathleen J. Williams*

---

Kathleen J. Williams
Williams & Associates

Attorney for Defendants,
Aguilera, Andreasen, Bick, Dhillon,
Mehta, Pai, Williams, M.D.
and Williams N.P.

Dated: November 7, 2013

*/S/ Mitchell A. Wrosch*

---

Mitchell A. Wrosch
Burke, Williams & Sorensen, LLP

Attorney for Defendants,
C. Capitano, D.O. and R.K. Uppal

# ORDER

Good cause appearing, IT IS HEREBY ORDERED that the summary judgment briefing schedule is modified as follows:

Plaintiff's Oppositions to Defendants' Motions for Summary Judgment shall be filed and served no later than Friday, January 24, 2014.

The Defendants' Replies to Plaintiff's Oppositions to Motions for Summary Judgment shall be filed and served no later than Friday, February 14, 2014.

The hearing now set for December 6, 2013, is continued to Friday, February 28, 2014, at 10:00 a.m.

**IT IS SO ORDERED.**

**Dated:  November 7, 2013**

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jame1171.msjstip