1
2
3
4
5
6
7
8         UNITED STATES DISTRICT COURT
9         EASTERN DISTRICT OF CALIFORNIA
10

11  CHARLES CORNELIUS JAMES,          Case No.  2:10-cv-01171-LKK-DAD
12              Plaintiff,            **JOINT STIPULATION AND ORDER
                                      FOR MENTAL EXAMINATION OF
13  v.                               DEFENDANT UPPAL PURSUANT
                                      TO F.R.C.P. Rule 35**
14  DEEPAK MEHTA, ET AL.,
15              Defendant.
16

17        **IT IS HEREBY STIPULATED AND AGREED** by and between the

18  parties hereto, by and through their respective counsel, that defendant Dr. R.K.

19  Uppal, M.D., will submit to a mental examination to be conducted by Dr. James

20  Rosenberg, M.D., at a date and time to be determined by the parties;

21        **IT IS FURTHER STIPULATED** that the examination is authorized by

22  F.R.C.P. Rule 35 to determine if Dr. Uppal is competent to assist in her defense in

23  this civil action, and that good cause exists for the examination.

24        **IT IS FURTHER STIPULATED** that the nature, scope, conditions and

25  manner of the examination are to be as follows:

26        1.      Dr. Uppal will submit to a mental examination to be conducted by Dr.

27  Rosenberg, to determine: (a) If Dr. Uppal is competent to assist in her defense in

28  this civil action; and (b) What affect, if any, would undergoing an oral deposition

1

1   have on Dr. Uppal's mental health.

2          2.      Dr. Rosenberg is a physician licensed to practice medicine in the State

3   of California.  Dr. Rosenberg received his medical degree from the UCLA School

4   of Medicine, and completed a transitional internship, a residency in psychiatry at

5   the UCLA Neuropsychiatric Institute, and a fellowship in forensic psychiatry at

6   Case Western Reserve University School of Medicine in Cleveland, OH.  Dr.

7   Rosenberg is board-certified in psychiatry with added qualifications in forensic

8   psychiatry by the American Board of Psychiatry & Neurology, Inc.  In addition to

9   his extensive teaching and patient-care experience, he has conducted over 1,000

10  medico-legal evaluations.

11         3.      The psychiatric examination will span approximately three to five

12  hours, excluding breaks.  It will consist of: (a) a focused face-to-face interview; (b)

13  Mini-Mental State Examination; and (c) a Personality Assessment Inventory.

14         4.      The psychiatric evaluation will not involve any physical examination.

15  There will be no blood tests or other intrusive medical studies or procedures.

16         5.      To the extent that Dr. Uppal can obtain her mental health records, or

17  defense counsel can obtain authorization for Dr. Rosenberg to review them, Dr.

18  Rosenberg will be provided with the records from at least the year preceding the

19  examination, including records from any hospitalizations.

20         6.      Dr. Rosenberg will be provided with Dr. Uppal's responses to

21  interrogatories and declaration submitted in support of summary judgment, in

22  addition to the summary judgment motion.

23         7.      No parties or counsel will be present at the examination.

24         8.      After the examination of Dr. Uppal, Dr. Rosenberg will prepare a

25  written report of his findings in conformance with F.R.C.P. Rule 35.  A copy of

26  said report and all mental health records reviewed in preparation for the report will

27  be provided to plaintiff's counsel subject to a protective order for attorneys' eyes

28  only.  The protective order will be prepared by Dr. Uppal's counsel and provided to

2

1   plaintiff's counsel and then the court for approval prior to plaintiff counsel's receipt

2   of the report and records.

3       9.      A copy of Dr. Rosenberg's report will also be provided to co-defense

4   counsel subject to a protective order for attorneys' eyes only. The protective order

5   will be prepared by Dr. Uppal's counsel and provided to co-defense counsel and the

6   court for approval prior to co-defense counsel's receipt of the report.

7       10.     Dr. Uppal will cover the expense of the examination, by and through

8   the State of California Department of Corrections and Rehabilitation.

9       11.   A copy of this Stipulation will be given to Dr. Rosenberg prior to the

10  examination.

11      SO STIPULATED:

12  /////

13  /////

14  /////

15  /////

16  /////

17  /////

18  /////

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28  /////

1   Dated:  January 10, 2014               U.C. Davis Civil Rights Clinic

2                                          (Electronic signature authorized
                                           1/10/14)
3
                                           By: */s/ Carter C. White*
4                                               Carter C. White
                                                Supervising Attorney
5
                                           Attorney for Plaintiff
6                                          CHARLES C. JAMES

7   Dated:  January 10, 2014               Burke, Williams & Sorensen, LLP

8

9                                          By:  */s/ Mitchell A. Wrosch*
                                                Susan E. Coleman
10                                              Kristina D. Gruenberg
                                                Mitchell A. Wrosch
11
                                           Attorneys for Defendant
12                                         C. CAPITANO AND R.K. UPPAL

13  Dated:  January 10, 2014               Williams & Associates

14                                         (Electronic signature authorized on
                                           1/10/14)
15

16                                         By:  */s/ Kathleen J. Williams*
                                                Kathleen J. Williams
17

18                                         Attorneys for Defendants
                                           AGUILERA, ANDREASEN, BICK,
19                                         DHILLON, MEHTA, PAI,
                                           WILLIAMS, M.D. AND WILLIAMS,
20                                         N.P.

21         IT IS SO ORDERED.

22

23  Dated:  January 10, 2014

24         _____

25         DALE A. DROZD
           UNITED STATES MAGISTRATE JUDGE
26  /jame1171.exam

27

28

                                    4