1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10

11   CHARLES CORNELIUS JAMES,          Case No.  2:10-cv-01171-LKK-DAD
12              Plaintiff,             **JOINT STIPULATION AND ORDER TO DISMISS DEFENDANT C. CAPITANO FROM THIS ACTION WITH PREJUDICE**
13   v.
14   DEEPAK MEHTA, ET AL.,
15              Defendant.
16
17   ///
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27          IT IS HEREBY STIPULATED by and between Plaintiff CHARLES JAMES
28   ("Plaintiff"), by and through his attorney of record, and Defendant CAROLINE

1  CAPITANO ("Defendant"), by and through her attorneys of record, that Defendant

2  CAPITANO is hereby dismissed with prejudice, pursuant to Federal Rules of Civil

3  Procedure, Rule 41(a)(1)(ii), each party to bear their own fees and costs.

4

5  Dated:  January 22, 2014                    Burke, Williams & Sorensen, LLP

6

7                                              By:  /s/ Mitchell A. Wrosch
                                                    Susan E. Coleman
8                                                   Kristina D. Gruenberg
                                                    Mitchell A. Wrosch
9                                              Attorneys for Defendant
                                               C. CAPITANO AND R.K. UPPAL
10

11 Dated:  January 22, 2014                    Williams & Associates

12                                             *(authorized electronic signature)*

13                                             By: /s/ Kathleen J. Williams
                                                   Kathleen J. Williams
14
                                               Attorneys for Defendants
15                                             AGUILERA, ANDREASEN, BICK,
                                               DHILLON, MEHTA, PAI,
16                                             WILLIAMS, M.D. AND WILLIAMS,
                                               N.P.
17

18 Dated:  January 22, 2014                    U.C. Davis Civil Rights Clinic

19                                             *(authorized electronic signature)*

20                                             By: /s/ Carter C. White
                                                   Carter C. White
21                                                 Supervising Attorney

22                                             Attorney for Plaintiff
                                               CHARLES C. JAMES
23

24 IT IS SO ORDERED.

25 Dated:  January 23, 2014

26
   /jame1171.capistip
27

28                                             DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE