1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| CHARLES C. JAMES | ) No. 2:10-cv-01171-LKK-DAD |
| Plaintiff, | ) |
| | ) **STIPULATION AND ORDER FOR THE** |
| vs. | ) **DISMISSAL OF DEFENDANT DEBRINA** |
| | ) **WILLIAMS, N.P.** |
| DEEPAK MEHTA, et al., | ) |
| Defendants. | ) |
| | ) |

11
12
13
14
15
16
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

1    Plaintiff JAMES and defendants AGUILERA, ANDREASEN, BICK, DHILLON,

2  MEHTA, PAI, WILLIAMS, N.P., WILLIAMS, M.D., UPPAL and CAPITANO, by and

3  through their attorneys of record, stipulate to the dismissal, with prejudice, of defendant

4  DEBRINA WILLIAMS, N.P., each side to bear its own proportional costs and attorneys

5  fees.

6  Dated: 1/22/14                          U.C. DAVIS CIVIL RIGHTS CLINIC

7                                          By:/s/ "Carter White" (signed with permission)

8                                              CARTER CAPPS WHITE, CSB 164149
                                               Attorneys for plaintiff
9                                              CHARLES CORNELIUS JAMES

10  Dated: 1/22/14                         WILLIAMS & ASSOCIATES

11

12                                          By:/s/ Kathleen J. Williams

13                                              KATHLEEN J. WILLIAMS, CSB 127021
                                               Attorneys for defendants AGUILERA,
14                                             ANDREASEN, BICK, DHILLON,
                                               MEHTA, PAI, WILLIAMS, N.P. and
15                                             WILLIAMS, M.D.

16

17  Dated: 1/22/14                         BURKE, WILLIAMS & SORENSON, LLP

18

19                                          By:/s/ "Mitchell Wrosch"(signed with permission)
                                               MITCHELL A. WROSCH, CSB 262230
20                                             Attorneys for defendants UPPAL and
                                               CAPITANO

21  **IT IS SO ORDERED.**

22  Dated:  January 23, 2014

23

24                                          _____
                                            DALE A. DROZD
25                                          UNITED STATES MAGISTRATE JUDGE

26  /jame1171.willstip

27

28