UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DEEPAK MEHTA, ET AL.,<br><br>　　　　　Defendant. | Case No.  2:10-cv-01171-LKK-DAD<br><br>**JOINT STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE** |

　　　　WHEREAS, on January 13, 2014, the parties stipulated, and the Court ordered, that Defendant Uppal undergo an Independent Medical Examination (Doc. # 178);

　　　　WHEREAS, counsel for Defendant Uppal has worked diligently to arrange the Independent Medical Examination;

　　　　WHEREAS, the Independent Medical Examination has been scheduled and cancelled multiple times due to Defendant Uppal's illness[1];

　　　　WHEREAS, counsel for Defendant Uppal and counsel for Plaintiff are engaged in informal settlement discussions;

/////

---

[1] Dr. Uppal's counsel can provide the Court with a status on her mental health issues, should the Court find it informative; however, due to HIPAA concerns, this will need to be submitted under seal.

1    WHEREAS, counsel for Defendant Uppal and counsel for Plaintiff request to
2    participate in a settlement conference to determine if settlement of the claims
3    against Defendant Uppal is possible;
4    WHEREAS, Plaintiff's counsel has contacted Magistrate Judge Craig
5    Kellison to preside over the conference, but no date has yet been issued for the
6    conference;
7    It is hereby stipulated, between Plaintiff C. James, by and through his
8    attorney of record, and Defendant R.K. Uppal, by and through her attorneys of
9    record, that the parties will participate in a settlement conference with Magistrate
10   Judge Kellison as soon as can be arranged.
11   The parties further stipulate that the Independent Medical Examination be
12   stayed pending counsels' participation in the settlement conference.  Should the
13   parties fail to reach a settlement at the conference; the parties will meet and confer
14   regarding how the case will proceed as to Defendant Uppal and will provide a plan
15   for same to this Court.
16   SO STIPULATED:

| | |
|---|---|
| Dated:  February 26, 2014 | U.C. Davis Civil Rights Clinic<br>*(electronic signature authorized)* |
| | By: /s/ Carter C. White<br>     Carter C. White<br>     Supervising Attorney |
| | Attorney for Plaintiff<br>CHARLES C. JAMES |
| Dated:  February 26, 2014 | Burke, Williams & Sorensen, LLP |
| | By: */s/ Mitchell A. Wrosch*<br>     Susan E. Coleman<br>     Kristina D. Gruenberg<br>     Mitchell A. Wrosch |
| | Attorneys for Defendant<br>C. CAPITANO AND R.K. UPPAL |
| Dated:  February 26, 2014 | Williams & Associates<br>*(electronic signature authorized)* |
| | By: /s/ Kathleen J. Williams<br>     Kathleen J. Williams |
| | Attorneys for Defendants<br>AGUILERA, ANDREASEN, BICK, DHILLON, MEHTA, PAI, WILLIAMS, M.D. AND WILLIAMS, N.P. |

IT IS SO ORDERED:

Dated: February 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jame1171.scstip