UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CHARLES CORNELIUS JAMES,                No. 2:10-cv-1171 LKK DAD P

        Plaintiff,

  v.

DEEPAK MEHTA, et al.,

        Defendants.

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Charles Cornelius James, CDCR # P-91993, a necessary and material witness in a settlement conference in this case on June 19, 2014, is confined in California Health Care Facility (CHCF), 7707 Austin Road, Stockton, California 95215, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at the U. S. District Court, Courtroom #1, 501 I Street, Sacramento, California 95814, on Thursday, June 19, 2014 at 10:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, California Health Care Facility, P. O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison at the time and place above, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: May 12, 2014

DAD:9
jame1171.841sc

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE