UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES, | No. 2:10-cv-1171 LKK DAD P |
| Plaintiff, | |
| v. | ORDER |
| DEEPAK MEHTA, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding through counsel with this civil rights action seeking relief under 42 U.S.C. § 1983.

On June 19, 2014, Magistrate Judge Craig M. Kellison conducted a settlement conference in this case. As a result of those negotiations, all of the parties to this action settled the case and placed the terms and conditions of that settlement on the record in open court.

With this order, the court will direct the parties to file dispositional documents with the court within 180 days. Alternatively, if the dispositional documents are not ready within that time, the court will direct the parties to file a status report explaining the status of those documents. In addition, in light of the settlement reached the court will at this time deny without prejudice all pending motions as having been rendered moot and vacate the hearing before the undersigned scheduled for August 1, 2014.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within 180 days of the date of this order, the parties shall file dispositional documents or a status report explaining the status of those documents;

2. All pending motions (Doc. Nos. 145-148, 152-155, 220, 238-239 & 244) are denied without prejudice as moot; and

3. The hearing before the undersigned scheduled for August 1, 2014, is vacated.

Dated: June 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jame1171.dispdocs