UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DEPAK MEHTA, et al.,<br><br>　　　　Defendants | No.  2:10-CV-01171-LKK-DAD<br><br>**STIPULATION AND ORDER FOR THE DISMISSAL OF DEFENDANTS UPPAL, AGUILERA, BICK, DHILLON, MEHTA, PAI and WILLIAMS, M.D.** |

　　　　Plaintiff JAMES and defendants UPPAL, AGUILERA, BICK, DHILLON, MEHTA, PAI, and WILLIAMS, M.D., by and through their attorneys of record, stipulate to the dismissal, with prejudice, of defendants  UPPAL, AGUILERA, BICK, DHILLON, MEHTA, PAI, and WILLIAMS, M.D., each side to bear its own costs and attorneys fees.

Dated: 7/29/14　　　　　　　　　　　U.C. DAVIS CIVIL RIGHTS CLINIC

　　　　　　　　　　　　　　　　　　　By:/s/ *"Carter Capps White"* (signed with permission)
　　　　　　　　　　　　　　　　　　　　　CARTER CAPPS WHITE, CSB 164149
　　　　　　　　　　　　　　　　　　　　　Attorneys for plaintiff
　　　　　　　　　　　　　　　　　　　　　CHARLES CORNELIUS JAMES

/////

/////

1

| | | |
|---|---|---|
| 1 | Dated: 7/29/14 | WILLIAMS & ASSOCIATES |
| 2 | | |
| 3 | | By: /s/ Kathleen J. Williams |
| | | KATHLEEN J. WILLIAMS, CSB 127021 |
| 4 | | Attorneys for defendants AGUILERA, ANDREASEN, BICK, DHILLON, MEHTA, PAI and WILLIAMS, M.D. |
| 5 | | |
| 6 | Dated: 7/2/29/14 | BURKE, WILLIAMS & SORENSON, LLP |

By: /s/ "Mitchell Wrosch" (signed with permission)
MITCHELL A. WROSCH, CSB 262230
Attorneys for defendant UPPAL

The undersigned has reviewed the stipulation signed by the parties. Pursuant to that stipulation, IT IS HEREBY ORDERED that defendants UPPAL, AGUILERA, BICK, DHILLON, MEHTA, PAI, and WILLIAMS, M.D. are dismissed with prejudice.

Dated:  August 1, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jame1171.stip

2