UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES CORNELIUS JAMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEPAK MEHTA, et al.,<br><br>　　　　　Defendants | No. 2:10-CV-01171-LKK-DAD<br><br>**STIPULATION AND ORDER FOR THE DISMISSAL OF ANDREASEN** |

Plaintiff JAMES and defendant ANDREASEN by and through their attorneys of record, stipulate to the dismissal, with prejudice, of all claims against ANDREASEN, except for the claim of deliberate indifference to medical needs, each side to bear its own costs and attorneys fees.

Dated: 7/29/14　　　　　　　　　　U.C. DAVIS CIVIL RIGHTS CLINIC

　　　　　　　　　　　　　　　　　By:/s/ "Carter Capps White" (signed with permission)
　　　　　　　　　　　　　　　　　　　CARTER CAPPS WHITE, CSB 164149
　　　　　　　　　　　　　　　　　　　Attorneys for plaintiff
　　　　　　　　　　　　　　　　　　　CHARLES CORNELIUS JAMES

/////

/////

/////

1

1 | Dated: 7/29/14                                        WILLIAMS & ASSOCIATES

By:/s/ Kathleen J. Williams
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendants AGUILERA,
ANDREASEN, BICK, DHILLON,
MEHTA, PAI and WILLIAMS, M.D.

The undersigned has reviewed the stipulation signed by the parties. Pursuant to that stipulation, IT IS HEREBY ORDERED that all claims against defendant ANDREASEN, except for the claim of deliberate indifference to plaintiff's medical needs, are dismissed with prejudice.

Dated: August 1, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jame1171.stip(2)