**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES CORNELIUS JAMES,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPAK MEHTA, et al.,<br><br>    Defendants | No. 2:10-CV-01171-KJM-DAD<br><br>**STIPULATION AND ORDER FOR THE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff JAMES and defendant ANDREASEN, by and through their attorneys of record, stipulate to the dismissal, with prejudice, of the entire action, each side to bear its own costs and attorney's fees.

Dated: January 16, 2015                      U.C. DAVIS CIVIL RIGHTS CLINIC

                                                    By: */s/ Carter White* *(original sig retained by counsel)*
                                                           CARTER CAPPS WHITE, CSB 164149
                                                           Attorneys for plaintiff
                                                           CHARLES CORNELIUS JAMES

Dated: January 23, 2015                      WILLIAMS & ASSOCIATES

                                                          By: */s/Kathleen J. Williams*
                                                           KATHLEEN J. WILLIAMS, CSB 127021
                                                           Attorneys for defendant ANDREASEN

The undersigned has reviewed the stipulation signed by the parties. Pursuant to that stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice in its entirety.  Each side shall bear its own costs and attorney's fees.

Dated:  January 27, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/jame1171.stip.close